**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-2340**

_____

In Re: WILLIAM NICHOLAS FORTESCUE, JR.,

                                                    Debtor.

_____


WILLIAMS NICHOLAS FORTESCUE, JR.,

                                          Debtor - Appellant,

        versus

DAVID R. HILLIER, Trustee,

                                          Trustee - Appellee.


_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Lacy H. Thornburg, District Judge.  (CA-95-100-1, BK-93-10347)

_____

Submitted:  March 13, 1997          Decided:  March 18, 1997

_____

Before HALL, ERVIN, and WILKINS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Nicholas Fortescue, Jr., Appellant Pro Se.  David R. Hillier, Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order affirming various orders of the bankruptcy court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fortescue v. Hillier</u>, Nos. CA-95-100-1; BK-93-10347 (W.D.N.C. Aug. 15, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2